**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EUGENE ROBERT OSBORNE, | ) | NO. ED CV 13-1949-SJO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| AMY MILLER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED:  May 9, 2014

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE